# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Rotherham

V.

American Red Cross, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04cv1172 BEN(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendants Motion for Summary Judgment as to all claims.............................................

| March 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON March 6, 2007 |